**Order entered February 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01331-CR
### No. 05-14-01332-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**ERIC MONTRELL HICKMON, Appellee**

**On Appeal from the County Criminal Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. M11-42220-G, M11-42221-G**

## ORDER
Before Justices Francis, Evans, and Stoddart

Based on the Court's opinion of this date, we **DIRECT** the Clerk of this Court to issue

the mandates in these appeals **INSTANTER**.


/s/      DAVID EVANS
         JUSTICE